STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE STERNGOLD,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANTHONY ROBERTS, DOES 1-10,<br><br>       Defendant | Case No.: C07-02450 EMC<br><br>PROPOSED ORDER GRANTING 120 DAY EXTENSION OF TIME TO EFFECT SERIVCE OF PROCESS AND GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The Court, having reviewed Plaintiff's moving papers hereby orders that:

   1) Plaintiff is granted a 120 day extension of time to effect service of process upon Defendant, Anthony Roberts; and

   2) The currently scheduled Case Management Conference is removed from its calendar and continued until _____.

Proposed Order - 1

It is so ordered:

                                                _____
Hon. Edward M. Chen
Magistrate Judge
United States District Court
Northern District of California

Respectfully Submitted,

Dated this 6th day of August, 2007

/s/ _____

STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603