```
1  STUART J. WEST, STATE BAR NO. 202041
   WEST & ASSOCIATES, A PC
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94598
3  Tel. No. 925.465.4603

4  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE STERNGOLD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY ROBERTS, DOES 1-10,<br><br>　　　　Defendant | Case No.: C07-02450 EMC<br><br>~~PROPOSED~~ ORDER GRANTING ~~120-DAY~~ EXTENSION OF TIME TO EFFECT SERIVCE OF PROCESS AND GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The Court, having reviewed Plaintiff's moving papers hereby orders that:

1) Plaintiff is granted ~~a 120 day~~ an extension of time until 10/5/07 to effect service of process upon Defendant, Anthony Roberts; and

2) The currently scheduled Case Management Conference is removed from its calendar and continued until 11/14/07 at 1:30 p.m.  A joint CMC Statement shall be filed by 11/7/07.  Plaintiff is ordered to serve a copy of this order upon defendant.

Proposed Order - 1

It is so ordered:



Hon. Edward M. Chen
Magistrate Judge
United States District Court
Northern District of California

Dated this 6th day of August, 2007

Respectfully Submitted,

/s/
_____
STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603