1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Nelson Hsieh (SBN 177128)
   nhsieh@gpsllp.com
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   Post Office Box 10
4  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
5  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
6
   Special Appearance for Anthony Roberts
7
   Stuart J. West (SBN 202041)
8  swest@westpatentlaw.com
   West & Associates
9  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94596
10 Telephone:  (925) 465-4603
   Facsimile:  (925) 944-9598
11
   Attorneys for Bonnie Sterngold
12

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | BONNIE STERNGOLD, | ) Case No.: C07-02450 EMC |
| 16 | Plaintiff, | ) **STIPULATION EXTENDING** |
| | | ) **DEFENDANT ANTHONY ROBERTS'** |
| 17 | vs. | ) **TIME TO RESPOND TO PLAINTIFF** |
| | | ) **BONNIE STERNGOLD'S COMPLAINT** |
| 18 | ANTHONY ROBERTS, and Does 1-10, | ) |
| 19 | Defendants. | ) Action Filed: May 7, 2007 |
| | | ) Trial Date: |

Greenan,
Peffer,
Sallander &
Lally LLP

Stipulation Extending Time to Respond to Complaint

1  Pursuant to Local Rule 6-1(a), it is stipulated by and between the parties that the parties
2  have agreed to extend the time of Defendant Anthony Roberts ("Defendant") to answer or
3  otherwise move with reference to Plaintiff Bonnie Sterngold's ("Plaintiff") Complaint to and
4  including November 2, 2007.  This is the first extension of time granted to Defendant in this
5  matter.

6  This Stipulation will not alter the date of any event or deadline already fixed by Court
7  order.

8  Dated: October 12, 2007

9                  GREENAN, PEFFER, SALLANDER & LALLY LLP

11  By:  /S/
12      James S. Greenan
    Nelson Hseih
13      Special Appearance for Anthony Roberts

14
15  Dated: October 12, 2007

16                  WEST & ASSOCIATES, A PC

18  By:  /S/ Stuart J. West
    Stuart J. West
19      Attorneys for Bonnie Sterngold

Greenan, Peffer, Sallander & Lally LLP

1

Stipulation Extending Time to Respond to Complaint