1  Pursuant to Local Rule 6-1(a), it is stipulated by and between the parties that the parties
2  have agreed to extend the time of Defendant Anthony Roberts ("Defendant") to answer or
3  otherwise move with reference to Plaintiff Bonnie Sterngold's ("Plaintiff") Complaint to and
4  including November 2, 2007. This is the first extension of time granted to Defendant in this
5  matter.
6  This Stipulation will not alter the date of any event or deadline already fixed by Court
7  order.
8  Dated: October __, 2007

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
James S. Greenan
Nelson Hseih
Special Appearance for Anthony Roberts

Dated: October 12, 2007

WEST & ASSOCIATES, A PC

By: _____
Stuart J. West
Attorneys for Bonnie Sterngold