| | |
|---|---|
| 1 | James S. Greenan (SBN 53648) |
|   | jgreenan@gpsllp.com |
| 2 | Nelson Hsieh (SBN 177128) |
|   | nhsieh@gpsllp.com |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
|   | Post Office Box 10 |
| 4 | 6111 Bollinger Canyon Road, Suite 500 |
|   | San Ramon, California 94583 |
| 5 | Telephone: (925) 866-1000 |
|   | Facsimile: (925) 830-8787 |
| 6 | |
|   | Special Appearance for Anthony Roberts |
| 7 | |
|   | Stuart J. West (SBN 202041) |
| 8 | swest@westpatentlaw.com |
|   | West & Associates |
| 9 | 2815 Mitchell Drive, Suite 209 |
|   | Walnut Creek, CA 94596 |
| 10 | Telephone:  (925) 465-4603 |
|    | Facsimile:  (925) 944-9598 |
| 11 | |
|    | Attorneys for Bonnie Sterngold |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BONNIE STERNGOLD, | ) | Case No.: C07-02450 EMC |
|  | ) |  |
|   Plaintiff, | ) | **STIPULATION EXTENDING** |
|  | ) | **DEFENDANT ANTHONY ROBERTS'** |
|   vs. | ) | **TIME TO RESPOND TO PLAINTIFF** |
|  | ) | **BONNIE STERNGOLD'S COMPLAINT** ; |
| ANTHONY ROBERTS, and Does 1-10, | ) | ORDER |
|  | ) |  |
|   Defendants. | ) | Action Filed: May 7, 2007 |
|  | ) | Trial Date: |

1  Pursuant to Local Rule 6-1(a), it is stipulated by and between the parties that the parties
2  have agreed to extend the time of Defendant Anthony Roberts ("Defendant") to answer or
3  otherwise move with reference to Plaintiff Bonnie Sterngold's ("Plaintiff") Complaint to and
4  including November 2, 2007. This is the first extension of time granted to Defendant in this
5  matter.
6  This Stipulation will not alter the date of any event or deadline already fixed by Court
7  order.
8  Dated: October 12, 2007

9                                                                              GREENAN, PEFFER, SALLANDER & LALLY LLP

11                                                                              By:  /S/
12                                                                                   James S. Greenan
                                                                                     Nelson Hseih
13                                                                                   Special Appearance for Anthony Roberts

14  Dated: October 12, 2007

16                                                                              WEST & ASSOCIATES, A PC

18                                                                              By:  /S/ Stuart J. West
                                                                                     Stuart J. West
19                                                                                   Attorneys for Bonnie Sterngold

21  IT IS SO ORDERED:

24  _____
    Edward M. [Chen]
25  U.S. Magistrate [Judge]

*IT IS SO ORDERED — Judge Edward M. Chen* (stamp)
*United States District Court, Northern District of California* (seal)

---