1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
   Bonnie Sterngold
9                                              No. C 07-2450EMC
10           Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
11        v.
   Anthony Roberts and Does 1 - 10
12
13           Defendant(s).
                                           /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated: 19-October-2007                    _____
                                             Signature
22
                                             Counsel for   Plaintiff
23                                           (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28