James S. Greenan (SBN 53648)
Nelson Hsieh (SBN 177128)
GREENAN PEFFER SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Defendant Anthony Roberts

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BONNIE STERNGOLD

Plaintiff(s),

v.

ANTHONY ROBERTS, and Does 1-10,

Defendant(s).

Case No. C07-02450 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 2, 2007

/s/
Signature  Nelson Hsieh

Counsel for: Anthony Roberts
(Name of party or indicate "pro se")