```
1  Stuart J. West, SBN 202041
   WEST & ASSOCIATES, A PC
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94598
3  Tel. No. 925.465.4603

4  Attorney for Plaintiff
   BONNIE STERNGOLD
5

6  James S. Greenan (SBN 53648)
   Nelson Hsieh (SBN 177128)
7  Yen Chau (SBN 221087)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
8  Post Office Box 10
   6111 Bollinger Canyon Road, Suite 500
9  San Ramon, CA  94583
   Telephone: 925.866.1000
10
   Attorneys for Defendant
11 ANTHONY ROBERTS
```

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE STERNGOLD,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY ROBERTS, DOES 1-10,<br><br>        Defendant | ) Case No.: C07-02450 EMC<br>)<br>) Notice of Conditional<br>) Settlement and Request to<br>) Reschedule Case Management<br>) Conference<br>)<br>)<br>)<br>) |

Plaintiff and Defendant, by and through their respective counsel, have reached substantial settlement in the above-captioned matter, but have not yet had the opportunity to prepare and execute a formal settlement agreement. Therefore, in the interest of preserving court resources, Plaintiff and Defendant, by and through their respective counsel, respectfully

Notice of Conditional Settlement - 1

1  request that the case management conference scheduled for
2  November 14, 2007 at 1:30 PM be removed from calendar and
3  rescheduled for January 16, 2007.  During the period of the
4  extension, Plaintiff and Defendant will diligently seek to have
5  the parties execute a final settlement agreement and will
6  subsequently file a stipulated dismissal upon execution of the
7  settlement agreement.

9  Respectfully Submitted,

Dated this 13th day of November, 2007

/s/ _____
STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603

/s/_____
JAMES S. GREENAN, STATE BAR NO. 53648
GREENAN, PFEFFER, SALLANDER & LALLY, LLP
Post Office Box 10
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA  94583
Tel. No. 925.866.1000

Notice of Conditional Settlement - 2