1  Stuart J. West, SBN 202041
   WEST & ASSOCIATES, A PC
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94598
3  Tel. No. 925.465.4603

4  Attorney for Plaintiff
   BONNIE STERNGOLD
5

6  James S. Greenan (SBN 53648)
   Nelson Hsieh (SBN 177128)
7  Yen Chau (SBN 221087)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
8  Post Office Box 10
   6111 Bollinger Canyon Road, Suite 500
9  San Ramon, CA  94583
   Telephone: 925.866.1000
10
   Attorneys for Defendant
11 ANTHONY ROBERTS

12

13

14                    UNITED STATES DISTRICT COURT

15                   NOTHERN DISTRICT OF CALIFORNIA

16
                                      ) Case No.: C07-02450 EMC
17 BONNIE STERNGOLD,                  )
                                      ) Notice of Conditional
18         Plaintiff,                 ) Settlement and Request to
                                      ) Reschedule Case Management
19    vs.                             ) Conference; ORDER
                                      )
20 ANTHONY ROBERTS, DOES 1-10,        )
                                      )
21         Defendant                  )

22

23      Plaintiff and Defendant, by and through their respective

24 counsel, have reached substantial settlement in the above-

25 captioned matter, but have not yet had the opportunity to

26 prepare and execute a formal settlement agreement.  Therefore,

27 in the interest of preserving court resources, Plaintiff and

28 Defendant, by and through their respective counsel, respectfully

                   Notice of Conditional Settlement - 1

1  request that the case management conference scheduled for
2  November 14, 2007 at 1:30 PM be removed from calendar and
3  rescheduled for January 16, 2007.  During the period of the
4  extension, Plaintiff and Defendant will diligently seek to have
5  the parties execute a final settlement agreement and will
6  subsequently file a stipulated dismissal upon execution of the
7  settlement agreement.

9  Respectfully Submitted,

Dated this 13th day of November, 2007

/s/ _____
STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603

/s/_____
JAMES S. GREENAN, STATE BAR NO. 53648
GREENAN, PFEFFER, SALLANDER & LALLY, LLP
Post Office Box 10
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA  94583
Tel. No. 925.866.1000

IT IS SO ORDERED.
The case management conference is reset for 1/16/08 at 1:30 p.m.

_____
Edward M. Chen
U. S. Magistrate Judge



al Settlement - 2