```
1   Stuart J. West, SBN 202041
    WEST & ASSOCIATES, A PC
2   2815 Mitchell Drive, Suite 209
    Walnut Creek, CA 94598
3   Tel. No. 925.465.4603

4   Attorney for Plaintiff
    BONNIE STERNGOLD
5

6   James S. Greenan (SBN 53648)
    Nelson Hsieh (SBN 177128)
7   Yen Chau (SBN 221087)
    GREENAN, PEFFER, SALLANDER & LALLY LLP
8   Post Office Box 10
    6111 Bollinger Canyon Road, Suite 500
9   San Ramon, CA  94583
    Telephone: 925.866.1000
10
    Attorneys for Defendant
11  ANTHONY ROBERTS
```

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE STERNGOLD, | Case No.: C07-02450 EMC |
| Plaintiff, | STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE |
| vs. | |
| ANTHONY ROBERTS, DOES 1-10, | |
| Defendant | |

Plaintiff and Defendant, by and through their respective counsel, have reached substantial settlement in the above-captioned matter, but have not yet finalized the formal settlement agreement.  Therefore, in the interest of preserving court resources, Plaintiff and Defendant, by and through their respective counsel, respectfully request that the case

Notice of Conditional Settlement - 1

management conference scheduled for January 16, 2008 at 1:30 PM be removed from calendar and rescheduled for February 20, 2008. During the period of the extension, Plaintiff and Defendant will diligently seek to have the parties execute a final settlement agreement and will subsequently file a stipulated dismissal upon execution of the settlement agreement.

Respectfully Submitted,

Dated this 14th day of January, 2008

/s/ _____
STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603

/s/ _____
JAMES S. GREENAN, STATE BAR NO. 53648
GREENAN, PFEFFER, SALLANDER & LALLY, LLP
Post Office Box 10
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA  94583
Tel. No. 925.866.1000

Notice of Conditional Settlement - 2