1  Stuart J. West, SBN 202041
   WEST & ASSOCIATES, A PC
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94598
3  Tel. No. 925.465.4603

4  Attorney for Plaintiff
   BONNIE STERNGOLD
5

6  James S. Greenan (SBN 53648)
   Nelson Hsieh (SBN 177128)
7  Yen Chau (SBN 221087)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
8  Post Office Box 10
   6111 Bollinger Canyon Road, Suite 500
9  San Ramon, CA  94583
   Telephone: 925.866.1000
10
   Attorneys for Defendant
11 ANTHONY ROBERTS

12

13

14                    UNITED STATES DISTRICT COURT

15                    NOTHERN DISTRICT OF CALIFORNIA

16
                                    ) Case No.: C07-02450 EMC
17 BONNIE STERNGOLD,                 )
                                    ) STIPULATED REQUEST TO RESET; ORDER
18          Plaintiff,              ) CASE MANAGEMENT CONFERENCE
                                    )
19     vs.                          )
                                    )
20 ANTHONY ROBERTS, DOES 1-10,      )
                                    )
21          Defendant               )

22

23     Plaintiff and Defendant, by and through their respective

24 counsel, have reached substantial settlement in the above-

25 captioned matter, but have not yet finalized the formal

26 settlement agreement.  Therefore, in the interest of preserving

27 court resources, Plaintiff and Defendant, by and through their

28 respective counsel, respectfully request that the case

                    Notice of Conditional Settlement - 1

1  management conference scheduled for January 16, 2008 at 1:30 PM
2  be removed from calendar and rescheduled for February 20, 2008.
3  During the period of the extension, Plaintiff and Defendant will
4  diligently seek to have the parties execute a final settlement
5  agreement and will subsequently file a stipulated dismissal upon
6  execution of the settlement agreement.

Respectfully Submitted,

Dated this 14th day of January, 2008

/s/
STUART J. WEST, STATE BAR NO. 202041
WEST & ASSOCIATES, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel. No. 925.465.4603

/s/
JAMES S. GREENAN, STATE BAR NO. 53648
GREENAN, PFEFFER, SALLANDER & LALLY, LLP
Post Office Box 10
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA  94583
Tel. No. 925.866.1000

Dated: January 15, 2008

IT IS SO ORDERED:

EDWARD M. CHEN
U.S. Magistrate Judge

Notice of Conditional Settlement - 2