UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bonnie Sterngold

CASE NO. C 07-02450

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Anthony Robersts

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✔  have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 20, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stuart West, Esq., Attorney for Bonnie Sterngold, 925.465.4603, SWest@westpatentlaw.com | | | |
| James Greenan, Esq., Attorney for Anthony Roberts, 925.866.1000, JGreenan@gpsllp.com | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/22/08

Attorney for Plaintiff

Dated: 1/23/08

Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."