1  STUART J. WEST, STATE BAR NO. 202041
   WEST & ASSOCIATES, A PC
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94598
3  Tel. No. 925.465.4603

4  Attorney for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE STERNGOLD, | ) Case No.: C07-02450 EMC |
| | ) |
| Plaintiff, | ) **STIPULATED DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| ANTHONY ROBERTS, DOES 1-10, | ) |
| | ) |
| Defendant | ) |

The parties by and through their respective counsel agree to dismiss the above-captioned case in accordance with the terms of the settlement agreement.

                                        Dated this 19th day of February, 2008


                                        /Stuart J. West/
                                        Stuart J. West
                                        Attorney for Plaintiff

Stipulated Dismissal - 1

1
2                                          Dated this 19th day of February, 2008
3
4                                          /Nelson Hsieh/
                                           Nelson Hsieh
5                                          Attorney for Defendant

6   IT IS SO ORDERED:

7
8   _____
9   Edward M. Chen
    U.S. Magistrate Judge

