James S. Greenan (SBN 53648)
jgreenan@gpsllp.com
Nelson Hsieh (SBN 177128)
nhsieh@gpsllp.com
Yen Chau (SBN 221087)
ychau@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Defendant
ANTHONY ROBERTS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE STERNGOLD, | Case No.: C07-02450 EMC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | Dept: Courtroom C, 15th Floor |
| ANTHONY ROBERTS, and DOES 1-10, | Judge: Magistrate Judge Edward M. Chen |
| Defendants. | Action Filed: May 7, 2007 |
| | Trial Date: |

Defendant ANTHONY ROBERTS hereby substitutes in as his attorney of record, ANTHONY ROBERTS, *in pro per,* instead and in place of the law firm Greenan, Peffer, Sallander & Lally LLP.

ANTHONY ROBERTS contact information is:

> ANTHONY ROBERTS
> P.O. Box 358
> Diamond, MO 64840
> TELEPHONE: 417.850.7856
> FAX: 417.325.5125

I accept the above substitution.

Date: _____

By: ___/S/ Anthony Roberts___
      Anthony Roberts

1

2  We consent to the above substitution.

3

4  Date:_____          GREENAN, PEFFER, SALLANDER & LALLY LLP

5

6                                          By:   /S/_____
                                                 James S. Greenan
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS                                    Case No.: C07-02450 EMC