James S. Greenan (SBN 53648)
jgreenan@gpsllp.com
Nelson Hsieh (SBN 177128)
nhsieh@gpsllp.com
Yen Chau (SBN 221087)
ychau@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Defendant
ANTHONY ROBERTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BONNIE STERNGOLD, | Case No.: C07-02450 EMC |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | Dept: Courtroom C, 15th Floor |
| ANTHONY ROBERTS, and DOES 1-10, | Judge: Magistrate Judge Edward M. Chen |
| Defendants. | Action Filed: May 7, 2007<br>Trial Date: |

Defendant ANTHONY ROBERTS hereby substitutes in as his attorney of record, ANTHONY ROBERTS, *in pro per,* instead and in place of the law firm Greenan, Peffer, Sallander & Lally LLP.

ANTHONY ROBERTS contact information is:

ANTHONY ROBERTS
P.O. Box 358, Diamond, MO 64840
TELEPHONE: 417.850.7856
FAX: 417.325.5125

I accept the above substitution.

Date: 5/3/08

By: *[signature]*
Anthony Roberts

Greenan,
Peffer,
Sallander &
Lally LLP

1

SUBSTITUTION OF ATTORNEYS          Case No.: C07-02450 EMC